**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL CADEZ, JR. and
JOANNA CADEZ,

    Plaintiffs,

v.                                  Case No. 13-10772

RESIDENTIAL CREDIT
SOLUTIONS, INC., et al.,

    Defendants.
                                            /

**ORDER SETTING BRIEFING SCHEDULE**

The court held a scheduling conference during which Defendant Residential Credit Solutions, Inc., ("Residential") stated that it planned to file a motion to dismiss Plaintiffs' complaint. Thus, entering a formal scheduling order at this time is unnecessary. Residential is DIRECTED, by **June 28, 2013**, to submit a letter to Plaintiffs that explains the merits of its impending motion and seeks concurrence as required by Eastern District of Michigan Local Rule 7.1(a). Within fourteen days of receiving Residential's letter, Plaintiffs must inform Residential whether they concur with the motion. If Plaintiffs do not concur, Residential may file its motion, and the typical briefing schedule outlined in Local Rule 7.1(e) will govern. The parties may engage in voluntary discovery throughout this process.

    IT IS SO ORDERED.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: June 27, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 27, 2013, by electronic and/or ordinary mail.

        s/Carolyn Ciesla for Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522